763 A.2d 733

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,**

v.

**Jonathan Steven RESNICK, Respondent.**

**Misc. AG No. 45, Sept. Term, 2000.**

Court of Appeals of Maryland.

Dec. 13, 2000.

## *ORDER*

This matter came before the court on a Joint Petition for a Reprimand by Consent filed by the Attorney Grievance Commission of Maryland, Petitioner, and Respondent, Jonathan Steven Resnick, by counsel.

It is by the Court this 12th day of December, 2000,

ORDERED, by the Court of Appeals of Maryland, that Jonathan Steven Resnick be and he is hereby reprimanded for misconduct as set forth in the Joint Petition.